BORIS FELDMAN, State Bar No. 128838
ELIZABETH C. PETERSON, State Bar No. 194561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
epeterson@wsgr.com

*Attorneys for Defendants Larry Page, Sergey M. Brin, Eric E. Schmidt, L. John Doerr, Diane B. Greene, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Michael J. Moritz, Arthur D. Levinson, Robert Alan Eustace, Omid R. Kordestani, Jonathan J. Rosenberg, Shona L. Brown, Arnnon Geshuri, and Nominal Defendant Google Inc.*

[Additional Counsel Appear on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PALM BEACH FIRE PENSION FUND, | CASE NO.: 5:15-cv-01334-RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER STAYING ACTION** |
| LAWRENCE "LARRY" PAGE, SERGEY M. BRIN, ERIC E. SCHMIDT, L. JOHN DOERR, DIANE B. GREENE, JOHN L. HENNESSY, ANN MATHER, PAUL S. OTELLINI, K. RAM SHRIRAM, SHIRLEY M. TILGHMAN, MICHAEL J. MORITZ, ARTHUR D. LEVINSON, ROBERT ALAN EUSTACE, OMID R. KORDESTANI, JONATHAN J. ROSENBERG, SHONA L. BROWN, and ARNNON GESHURI, | Date: N/A<br>Time: N/A<br>Judge: Hon. Ronald M. Whyte |
| Defendants. | |
| and | |
| GOOGLE INC. | |

1       WHEREAS, on March 23, 2015, Plaintiff West Palm Beach Fire Pension Fund ("Plaintiff") filed its Verified Shareholder Derivative Complaint (the "Complaint") against Defendants;[1]

      WHEREAS, on February 28, 2014, a purported shareholder derivative action asserting state law claims arising from facts common to this action was filed against all but one of the Defendants in Santa Clara County Superior Court, followed by two additional purported shareholder derivative actions that were filed on March 6, 2014 and April 29, 2014;

      WHEREAS, on May 27, 2014, these three purported shareholder actions were consolidated under the caption, *In re Google Inc. Shareholder Derivative Litigation*, Lead Case No. 1-14-CV-261485 (the "State Court Action");

      WHEREAS, on December 3, 2014, the State Court Action defendants filed a motion for summary judgment on statute of limitations grounds and the hearing on defendants' motion is scheduled for September 4, 2015;

      WHEREAS, there appears to be substantial overlap between the allegations, facts, defenses, and parties in the instant action and the State Court Action, and the resolution of the statute of limitations issue in the State Court Action bears directly on Plaintiff's state law claims in this action;

      WHEREAS, the parties have met and conferred regarding whether the instant action should be stayed pending resolution of the State Court Action;

      WHEREAS, during these discussions counsel for Plaintiff informed counsel for Defendants that Plaintiff was considering intervening or seeking to brief the statute of limitations issue as an interested party in the State Court Action;

      WHEREAS, counsel for Defendants advised that they would not oppose such intervention or briefing, assuming Plaintiff agreed to stipulate to a stay of this action, but would

---

[1] Individual Defendants Larry Page, Sergey M. Brin, Eric E. Schmidt, L. John Doerr, Diane B. Greene, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Michael J. Moritz, Arthur D. Levinson, Robert Alan Eustace, Omid R. Kordestani, Jonathan J. Rosenberg, Shona L. Brown, Arnnon Geshuri, and Nominal Defendant Google Inc. ("Google") (collectively, "Defendants").

oppose any efforts by Plaintiff to obtain the discovery Defendants have provided to date in the State Court Action;

WHEREAS, under the circumstances of this case, the parties agree that a stay of this action pending resolution of the State Court Action will likely promote efficiency for the parties and the Court, and will avoid the risk of inconsistent rulings on the statute of limitations issue on Plaintiff's state law claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendants, through their undersigned counsel of record and subject to Court approval, as follows:

1. This action, including all deadlines and hearings, is hereby stayed pending resolution of the State Court Action;

2. Plaintiff and Defendants shall submit a brief Joint Status Report apprising the Court of the status of the State Court Action on September 18, 2015, and continuing every three months thereafter;

3. Within thirty (30) days after the expiration of the stay, the parties shall meet and confer and submit a proposed scheduled to the Court for any further proceedings in this action; and

4. By entering into this Stipulation, the parties do not waive any rights not specifically addressed herein, including the right to file any motion that any party deems appropriate, once this action is no longer stayed.

**IT IS SO STIPULATED.**

Dated: June 22, 2015                      WILSON SONSINI GOODRICH & ROSATI
                                                             BORIS FELDMAN
                                                             ELIZABETH C. PETERSON

By: */s/ Elizabeth C. Peterson*
           Elizabeth C. Peterson

650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Fax: (650) 565-5100

| | |
|---|---|
| | Counsel for Defendants Larry Page, Sergey M. Brin, Eric E. Schmidt, L. John Doerr, Diane B. Greene, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Michael J. Moritz, Arthur D. Levinson, Robert Alan Eustace, Omid R. Kordestani, Jonathan J. Rosenberg, Shona L. Brown, Arnnon Geshuri, and Nominal Defendant Google Inc. |
| Dated: June 22, 2015 | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>JOHN JASNOCH<br><br>By: */s/ John Jasnoch* (with permission)<br>John Jasnoch<br><br>707 Broadway, Suite 1000<br>San Diego, California 92101<br>Telephone: (619) 233-4565<br>Fax: (619) 233-0508<br><br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>JUDY SCOLNICK<br>THOMAS L. LAUGHLIN, IV<br>The Chrysler Building<br>405 Lexington Avenue, 40th Floor<br>New York, New York 10174<br>Telephone: (212) 223-6444<br>Fax: (212) 223-6334<br><br>Counsel for Plaintiff |

*I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER STAYING ACTION. In compliance with General Order 45, X.B., I hereby attest that John Jasnoch has concurred in this filing.*

\* \* \*

1 **[] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATED: _____

 _____
 *Ronald M. Whyte*
 THE HONORABLE RONALD M. WHYTE
 UNITED STATES DISTRICT JUDGE

STIPULATION AND []
ORDER STAYING ACTION
CASE NO. 5:15-CV-01334-RMW

-4-