1  BORIS FELDMAN, State Bar No. 128838
   ELIZABETH C. PETERSON, State Bar No. 194561
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: boris.feldman@wsgr.com
           epeterson@wsgr.com
6
   *Attorneys for Defendants Larry Page, Sergey*
7  *M. Brin, Eric E. Schmidt, L. John Doerr,*
   *Diane B. Greene, John L. Hennessy, Ann*
8  *Mather, Paul S. Otellini, K. Ram Shriram,*
   *Shirley M. Tilghman, Michael J. Moritz,*
9  *Arthur D. Levinson, Robert Alan Eustace,*
   *Omid R. Kordestani, Jonathan J. Rosenberg,*
10 *Shona L. Brown, Arnnon Geshuri, and*
   *Nominal Defendant Google Inc.*
11
12 [Additional Counsel Appear on Signature Pages]

13                      **UNITED STATES DISTRICT COURT**

14                     **NORTHERN DISTRICT OF CALIFORNIA**

15

16 WEST PALM BEACH FIRE PENSION FUND,    )   CASE NO.: 5:15-cv-01334-RMW
                                          )
17         Plaintiff,                     )   **JOINT STATUS REPORT**
                                          )
18      v.                                )
                                          )   Date:  N/A
19 LAWRENCE "LARRY" PAGE, SERGEY M.       )   Time:  N/A
   BRIN, ERIC E. SCHMIDT, L. JOHN DOERR,  )   Judge: Hon. Ronald M. Whyte
20 DIANE B. GREENE, JOHN L. HENNESSY,     )
   ANN MATHER, PAUL S. OTELLINI, K. RAM   )
21 SHRIRAM, SHIRLEY M. TILGHMAN,          )
   MICHAEL J. MORITZ, ARTHUR D.           )
22 LEVINSON, ROBERT ALAN EUSTACE,         )
   OMID R. KORDESTANI, JONATHAN J.        )
23 ROSENBERG, SHONA L. BROWN, and         )
   ARNNON GESHURI,                        )
24                                        )
           Defendants.                    )
25                                        )
        and                               )
26                                        )
   GOOGLE INC.                            )
27 _____)

28

Pursuant to the June 26, 2015 Stipulation and Order Staying Action (Dkt. No. 40), the parties[1] submit this Joint Status Report to provide the Court with information regarding the status of the shareholder action captioned *In re Google Inc. Shareholder Derivative Litigation*, Lead Case No. 1-14-CV-261485, that was before the Honorable Peter H. Kirwan in the Superior Court of California, County of Santa Clara (the "State Court Action").

1. On December 3, 2014, the State Court Action defendants filed a motion for summary judgment on statute of limitation grounds.

2. On November 24, 2015, Judge Kirwan granted the State Court Action defendants' motion for summary judgment on statute of limitation grounds.

3. On December 9, 2015, Judge Kirwan entered final judgment in favor of the State Court Action defendants and dismissed the State Court Action plaintiffs' Consolidated Amended Shareholder Derivative Complaint in its entirety with prejudice. Should the State Court Action plaintiffs decide to appeal the final judgment against them, they must file their notice of appeal by February 8, 2016.

4. The Parties will engage in a meet and confer regarding the impact of the final judgment in the State Court Action on this matter and how they believe this matter should proceed and will submit a Joint Status Report addressing this issue on February 26, 2016.

Dated:  December 18, 2015

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
BORIS FELDMAN
ELIZABETH C. PETERSON

By: */s/ Elizabeth C. Peterson*
         Elizabeth C. Peterson

650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

---

[1] The parties are plaintiff West Palm Beach Fire Pension Fund, individual defendants Larry Page, Sergey M. Brin, Eric E. Schmidt, L. John Doerr, Diane B. Greene, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Michael J. Moritz, Arthur D. Levinson, Robert Alan Eustace, Omid R. Kordestani, Jonathan J. Rosenberg, Shona L. Brown, Arnnon Geshuri, and nominal defendant Google Inc.

Fax: (650) 565-5100

Counsel for Defendants Larry Page, Sergey M. Brin, Eric E. Schmidt, L. John Doerr, Diane B. Greene, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram, Shirley M. Tilghman, Michael J. Moritz, Arthur D. Levinson, Robert Alan Eustace, Omid R. Kordestani, Jonathan J. Rosenberg, Shona L. Brown, Arnnon Geshuri, and Nominal Defendant Google Inc.

Dated:  December 18, 2015

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
JOHN JASNOCH

  By:  */s/ John Jasnoch* (with permission)
         John Jasnoch

707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Fax: (619) 233-0508

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
JUDY SCOLNICK
THOMAS L. LAUGHLIN, IV
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York 10174
Telephone: (212) 223-6444
Fax: (212) 223-6334

Counsel for Plaintiff West Palm Beach Fire Pension Fund

     I, Elizabeth C. Peterson, am the ECF user whose ID and password are being used to file this JOINT STATUS REPORT.  In compliance with General Order 45, X.B., I hereby attest that John Jasnoch has concurred in this filing.