**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WEST PALM BEACH FIRE PENSION FUND,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**LAWRENCE "LARRY" PAGE,** *et al.***,**<br><br>    **Defendants.** | Case No.: 15-CV-1334 YGR<br><br>**ORDER RE: STATUS UPDATE AND COMPLIANCE HEARING** |

The Court is in receipt of the parties' joint status report filed November 23, 2016, concerning the status of the shareholder action In re Google Inc. Shareholder Derivative Litigation, Lead Case No. 1-14-CV-261485, previously before the Honorable Peter H. Kirwan in the Superior Court of California, County of Santa Clara and its effect on this action, currently stayed pursuant to the June 26, 2015 Stipulation and Order Staying Action. (Dkt. No. 51.)

In light thereof, the Court hereby **SETS** a compliance hearing regarding a further status update for **April 21, 2017**, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file an updated joint status report. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Dated: November 30, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**