# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WEST PALM BEACH FIRE PENSION FUND,** <br> Plaintiff, <br> vs. <br> **LAWRENCE PAGE, ET AL.,** <br> Defendants. | CASE NO. 15-cv-01334-YGR <br><br> **ORDER TO SHOW CAUSE RE: STAY OF CASE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

All parties are HEREBY ORDERED TO SHOW CAUSE as to why the stay in this action should not be lifted and the protocol set forth in Docket No. 39 employed once the appeal in the State Court Action is exhausted.

A hearing on this Order to Show Cause will be held on **Friday, September 14, 2018**, on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, September 7, 2018**, the parties must file a written response to this Order to Show Cause as to why the stay in this action should not be lifted and the protocol set forth in Docket No. 39 employed once the appeal in the State Court Action is exhausted. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: August 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**