1  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   JOHN JASNOCH (281605)
2  600 W. Broadway, Suite 3300
   San Diego, California 92101
3  Telephone: (619) 233-4565
   Fax:  (619) 233-0508
4
   *Attorneys for Plaintiff*
5
6  [Additional counsel appear on signature page.]

7

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  WEST PALM BEACH FIRE PENSION FUND, | CASE NO.:  4:15-cv-01334-YGR |
| 12                          Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 13          vs. | **ORDER VOLUNTARILY** **DISMISSING ACTION WITHOUT** |
| 14  LAWRENCE "LARRY" PAGE, SERGEY M. BRIN, ERIC E. SCHMIDT, L. JOHN DOERR, | **PREJUDICE AND WITHOUT** **NOTICE** |
| 15  DIANE B. GREENE, JOHN L. HENNESSY, ANN MATHER, PAUL S. OTELLINI, K. RAM | |
| 16  SHRIRAM, SHIRLEY M. TILGHMAN, MICHAEL J. MORITZ, ARTHUR D. | Date:  N/A Time:  N/A |
| 17  LEVINSON, ROBERT ALAN EUSTACE, OMID R. KORDESTANI, JONATHAN J. | Hon. Yvonne Gonzalez Rogers |
| 18  ROSENBERG, SHONA L. BROWN, and ARNNON GESHURI, | |
| 19 | |
| 20                          Defendants, | |
| 21          and | |
| 22  GOOGLE LLC, | |
| 23                          Nominal Defendant. | |

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER
    VOLUNTARILY DISMISSING ACTION
    CASE NO. 4:15-cv-01334-YGR

1    WHEREAS, on March 23, 2015, Plaintiff West Palm Beach Fire Pension Fund

2  ("Plaintiff") filed its Verified Shareholder Derivative Complaint against Defendants[1];

3    WHEREAS, on February 28, 2014, a shareholder derivative action asserting state law

4  claims arising from facts common to this action was filed against all but one of the Defendants in

5  Santa Clara County Superior Court, followed by two additional purported shareholder derivative

6  actions that were filed on March 6, 2014 and April 29, 2014;

7    WHEREAS, on May 27, 2014, these three purported shareholder actions were

8  consolidated under the caption, *In re Google Inc. Shareholder Derivative Litigation*, Lead Case

9  No. 1-14-CV-261485 (the "State Court Action");

10   WHEREAS, there is substantial overlap between the allegations, facts, defenses, and

11  parties in the instant action and the State Court Action, and the resolution of the statute of

12  limitations issue in the State Court Action directly impacted Plaintiff's state law claims in this

13  action;

14   WHEREAS, on June 22, 2015, Plaintiff and Defendants entered into a stipulation which

15  stayed the instant action pending resolution of the State Court Action in order to promote

16  efficiency for the Parties and the Court and to avoid the risk of inconsistent rulings on the statute

17  of limitations issue on Plaintiff's state law claims;

18   WHEREAS, pursuant to the Parties' stipulation, this action was stayed on June 26, 2015,

19  subject to the Parties submitting periodic joint status reports;

20   WHEREAS, on November 24, 2015, the Defendants' motion for summary judgment was

21  granted in the State Court Action, with the state court ruling that the state law claims were barred

22  by the applicable statute of limitations under Delaware law;

23   WHEREAS, on December 9, 2015, judgment was entered in the State Court Action;

24

25  [1]    Defendants in this action are: Larry Page, Sergey M. Brin, Eric E. Schmidt, L. John
    Doerr, Diane B. Greene, John L. Hennessy, Ann Mather, Paul S. Otellini, K. Ram Shriram,
26  Shirley M. Tilghman, Michael J. Moritz, Arthur D. Levinson, Robert Alan Eustace, Omid R.
    Kordestani, Jonathan J. Rosenberg, Shona L. Brown, Arnnon Geshuri, and nominal defendant
27  Google LLC.  On February 9, 2018, defendants filed a Suggestion of Death of defendant Paul S.
    Otellini, who passed away during the pendency of this action.  ECF No. 64.

28  STIPULATION AND [PROPOSED] ORDER            1
    VOLUNTARILY DISMISSING ACTION
    CASE NO. 4:15-CV-01334-YGR

1    WHEREAS, on January 14, 2016, the plaintiffs in the State Court Action filed a notice of

2    appeal of the final judgment entered in the State Court Action;

3    WHEREAS, on April 16, 2018, the Sixth District Court of Appeal of California (the

4    "Court of Appeal") affirmed the trial court judgment.  *See Police Ret. Sys. of St. Louis v. Page*,

5    22 Cal. App. 5th 336 6th Dist. (2018);

6    WHEREAS, on May 29, 2018, the plaintiffs in the State Court Action filed a petition

7    seeking review of the Court of Appeal's decision in the Supreme Court of California;

8    WHEREAS, on August 8, 2018, the petition for review was denied by the Supreme Court

9    of California;

10   WHEREAS, in light of the finality of the judgment in the State Court Action, Plaintiff

11   here has chosen to dismiss this action without prejudice;

12   WHEREAS, Fed. R. Civ. P. 23.1(c) provides in relevant part, "[a] derivative action may

13   be settled, voluntarily dismissed, or compromised only with the court's approval.  Notice of a

14   proposed settlement, voluntary dismissal, or compromise must be given to shareholders or

15   members in the manner that the court orders.";

16   WHEREAS, the Parties understand that the purpose of requiring court approval and

17   ordering notice are to protect against the risk of collusive settlements and dismissals by

18   "fainthearted" plaintiffs that either may not be in the best interests of the corporation or may

19   otherwise prejudice the corporation.  *See Papilsky v. Berndt*, 466 F.2d 251, 258 (2d Cir. 1972);

20   WHEREAS, Plaintiff has not reached a settlement with Defendants in this Action, and no

21   payment has been made to any party or their counsel in connection with the dismissal;

22   WHEREAS, Plaintiff seeks a dismissal ***without*** prejudice, such that the dismissal would

23   not have a preclusive effect on other actions;

24   WHEREAS, in light of the foregoing, the Parties respectfully submit that given the

25   particular posture of this Action, the dismissal here does not require notice to stockholders

26   because the concerns embodied in Rule 23.1 are not present;

27

28

1    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and

2    Defendants, through their undersigned counsel of record and subject to Court approval, as

3    follows:

4        1.      This Action is dismissed in its entirety without prejudice and without notice,

5    pursuant to Fed. R. Civ. P. 23.1 and Fed. R. Civ. P. 41(a)(2);

6        2.      Each party shall bear its own fees and costs incurred in this Action.

7
**IT IS SO STIPULATED.**

8

9    Dated:  September 6, 2018            SCOTT+SCOTT ATTORNEYS AT LAW LLP

10                                        s/ John T. Jasnoch
                                          JOHN T. JASNOCH
11                                        600 W. Broadway, Suite 3300
                                          San Diego, California 92101
12                                        Telephone: (619) 233-4565
                                          Fax:  (619) 233-0508
13

14                                        JUDITH S. SCOLNICK
                                          THOMAS L. LAUGHLIN, IV
15                                        The Helmsley Building
                                          230 Park Avenue, 17th Floor
16                                        New York, New York 10169
                                          Telephone: (212) 223-6444
17                                        Fax: (212) 223-6334

18
                                          *Attorneys for Plaintiff West Palm Beach Fire*
19                                        *Pension Fund*

20   Dated:  September 6, 2018            WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
21
                                          s/ Benjamin M. Crosson
22                                        BENJAMIN M. CROSSON
                                          BORIS FELDMAN
23                                        STEPHEN B. STRAIN
                                          650 Page Mill Road
24                                        Palo Alto, California 94304-1050
                                          Telephone: (650) 493-9300
25                                        Fax: (650) 565-5100

26                                        *Attorneys for Defendants Larry Page, Sergey M.*
                                          *Brin, Eric E. Schmidt, L. John Doerr, Diane B.*
27                                        *Greene, John L. Hennessy, Ann Mather, Paul S.*

28   STIPULATION AND [PROPOSED] ORDER              3                    3
     VOLUNTARILY DISMISSING ACTION
     CASE NO. 4:15-CV-01334-YGR

1    *Otellini, K. Ram Shriram, Shirley M. Tilghman,*
2    *Michael J. Moritz, Arthur D. Levinson, Robert Alan*
     *Eustace, Omid R. Kordestani, Jonathan J.*
3    *Rosenberg, Shona L. Brown, Arnnon Geshuri, and*
     *Nominal Defendant Google LLC*
4

5        I, JOHN T. JASNOCH, am the ECF user whose ID and password are being used to file
6    this STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION
7    WITHOUT PREJUDICE AND WITHOUT NOTICE.  In compliance with Civil Local Rule 5-
8    1(i)(3), I hereby attest that Benjamin M. Crosson has concurred in this filing.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                      4                      4
VOLUNTARILY DISMISSING ACTION
CASE NO. 4:15-CV-01334-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   September 7, 2018

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE